IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:12CR3127 |
| V. | ) | |
| ROBERT J. HOWARD, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED THAT the defendant's motion to continue his June 25, 2013 sentencing hearing (filing 42) is denied. The undersigned will consider a delayed self-surrender date during the defendant's sentencing hearing.

    DATED this 20th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge