IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:12CR3127 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT J. HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The plaintiff's motion to continue the telephone status hearing (filing 64) is granted. The status hearing is continued until further order of the court.

(2)   Plaintiff shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b) (filing 55) is ripe for decision. The motion shall not be decided until the plaintiff certifies that the motion is ripe.

(3)   The plaintiff's motion to seal (filing 63) is granted.

Dated October 8, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge